**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In Re: | ) CHAPTER 7 |
| | ) |
| | ) |
| MIDWEST RACKING MANUFACTURING, INC., | ) BK  07-31110 |
| | ) |
| Debtor(s). | ) |
| | ) |
| DONALD M. SAMSON, Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Adv.  08-03094 |
| | ) |
| MIDWEST STEEL & RACK SUPPLY, INC., | ) |
| and MICHAEL SABADOS, JR., | ) |
| | ) |
| Defendant(s). | ) |

<u>**AGREED ORDER**</u>

The above captioned matter coming before the Court on the Complaint for Turnover filed by Donald M. Samson, trustee, and the parties having agreed to the entry of the following order and Midwest Steel & Rack Supply, Inc., consenting to the allegations in the complaint and the Court finding that Midwest Steel and Rack Supply, Inc. is a continuation of debtor, Midwest Racking Manufacturing, Inc., and that the assets claimed by defendant, Midwest Steel & Rack Supply, Inc., were never transferred to Defendant Midwest Steel & Rack Supply, Inc. and are assets of Midwest Racking Manufacturing, Inc.

**IT IS ORDERED** that defendant, Midwest Steel & Rack Supply, Inc., turnover to Donald M. Samson, trustee, all assets owned, used, leased or otherwise possessed by Midwest Steel & Rack Supply, Inc.

**IT IS FURTHER ORDERED** that defendant, Michael Sabados, Jr., this claim arising only in his capacity as President and sole shareholder, turnover to Donald M. Samson, trustee, all assets owned, used, leased or otherwise possessed by Midwest Steel & Rack Supply, Inc.

ENTERED: January 21, 2009

/s/ Gerald Fines
UNITED STATES BANKRUPTCY JUDGE-2

**Agreed to:**

MIDWEST STEEL & RACK SUPPLY, INC.
and MICHAEL SABADOS, JR.


/s/ Stephen R. Clark_____
By: Stephen R. Clark, defendants' Attorney


DONALD M. SAMSON, Trustee
/s/ Donald M. Samson_____